No. 24-1819

In The

# United States Court of Appeals for the Third Circuit

ASTRAZENECA PHARMACEUTICALS, LP, *ET AL.*,

*Plaintiffs-Appellants*,

v.

XAVIER BECERRA, *ET AL.*,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Delaware
No. 23-cv-00931-CFC, Chief Judge Colm F. Connolly

**ADDENDUM TO JOINT APPENDIX (JA323-JA338)**

Brian M. Boynton
　*Principal Deputy Assistant*
　*Attorney General*
Michael S. Raab
Lindsey Powell
Steven A. Myers
David L. Peters
Catherine Padhi
　*Attorneys, Appellate Staff*
United States Department of Justice
Civil Division, Room 7712
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-5091

*Counsel for Defendants-Appellees*

Catherine E. Stetson
Susan M. Cook
Danielle Desaulniers Stempel
Claire Adkins Rhodes
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
cate.stetson@hoganlovells.com

*Counsel for Plaintiffs-Appellants*

## TABLE OF CONTENTS

**Page**

1. Docket Entries, No. 1:23-cv-00931 (D. Del.) .........................................JA323

CLOSED,APPEAL

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:23-cv-00931-CFC

AstraZeneca Pharmaceuticals LP v. Becerra et al
Assigned to: Judge Colm F. Connolly
Case in other court: Third Circuit, 24-01819
Cause: 05:551 Administrative Procedure Act

Date Filed: 08/25/2023
Date Terminated: 03/01/2024
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**AstraZeneca Pharmaceuticals LP**          represented by   **Daniel M. Silver**
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
Fax: (302) 691-1260
Email: dsilver@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra M. Joyce**
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6392
Fax: (302) 450-4235
Email: ajoyce@mccarter.com
*ATTORNEY TO BE NOTICED*

**Catherine E. Stetson**
Email: cate.stetson@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marlan Golden**
Email: Marlan.Golden@Hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan M. Cook**
Email: susan.cook@hoganlovells.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AstraZeneca AB**  represented by **Daniel M. Silver**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Xavier Becerra**  represented by **Alexander V Sverdlov**
*in his official capacity as Secretary of the U.S. Department of Health and Human Services*
DOJ-Civ
Poc Agostinho, Jean
1100 L St., N.W.
8142
Washington, DC 20530
202-305-8550
Email: alexander.v.sverdlov@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian David Netter**
DOJ-Civ
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
202-514-2000
Email: brian.netter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cassandra Snyder**
DOJ-Civ
Department of Justice
1100 L Street NW
Washington, DC 20005
202-451-7729
Email: cassandra.m.snyder@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
DOJ-Civ
Federal Programs Branch, Civil Division
1100 L St. NW
Washington, DC 20005
202-880-0282
Email: christine.l.coogle@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jacob Laksin**
DOJ-USAO
1313 N. Market Street, Suite 400

                                                                                               Wilmington, DE 19801
                                                                                               302-225-9409
        Email: jacob.laksin@usdoj.gov
        *ATTORNEY TO BE NOTICED*

        **Stephen Michael Pezzi**
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        202-305-8576
        Email: stephen.pezzi@usdoj.gov
        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Chiquita Brooks-LaSure**<br>*in her official capacity as Administrator of the Centers for Medicare & Medicaid Services* | represented by | **Alexander V Sverdlov**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian David Netter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cassandra Snyder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Christine L. Coogle**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jacob Laksin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen Michael Pezzi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Public Citizen, et al** | represented by | **John S. Spadaro**<br>John Sheehan Spadaro<br>1011 Centre Road<br>Suite 210<br>Wilmington, DE 19977<br>484-667-6884<br>Email: jspadaro@johnsheehanspadaro.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Ph.D. Stuart Altman** | represented by | **Kevin Tyler O'Connell**<br>Morris James LLP |

500 Delaware Avenue
Suite 1500
Wilmington, DE 19899-2306
(302) 888-6892
Fax: (302) 571-1750
Email: toconnell@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aubrey James Morin**
Morris James LLP
500 Delaware Ave.
Ste 1500
Wilmington, DE 19801
302-888-6941
Fax: 302-571-1750
Email: amorin@morrisjames.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**M.D. Robert A. Berenson**   represented by   **Kevin Tyler O'Connell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aubrey James Morin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**M.D. Donald Berwick**   represented by   **Kevin Tyler O'Connell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aubrey James Morin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**M.D. David Blumenthal**   represented by   **Kevin Tyler O'Connell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aubrey James Morin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**M.D. Francis J. Crosson**   represented by   **Kevin Tyler O'Connell**
(See above for address)
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Aubrey James Morin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Ph.D. Paul Ginsburg** | represented by | **Kevin Tyler O'Connell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Aubrey James Morin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Ph.D. Marilyn Moon** | represented by | **Kevin Tyler O'Connell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Aubrey James Morin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Ph.D. Robert D. Reischauer** | represented by | **Kevin Tyler O'Connell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Aubrey James Morin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Ph.D. Bruce Vladeck** | represented by | **Kevin Tyler O'Connell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Aubrey James Morin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**AARP** | represented by | **John S. Whitelaw**<br>Community Legal Aid Society, Inc.<br>100 West 10th Street<br>Suite 801<br>Wilmington, DE 19801<br>(302) 575-0660 |

|  |  |  |
|---|---|---|
|  |  | Fax: (302) 575-0840<br>Email: jwhitelaw@declasi.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel B. Kohrman**<br>Email: dkohrman@aarp.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly Bagby**<br>Email: kbagby@aarp.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**American Public Health Association** | represented by | **Kimberly Ann Evans**<br>Block & Leviton LLP<br>Delaware<br>3801 Kennett Pike, Suite C-305<br>Wilmington, DE 19807<br>302-499-3601<br>Email: kim@blockleviton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ananda V. Burra**<br>Email: aburra@democracyforward.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ben Seel**<br>Email: bseel@democracyforward.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robin F. Thurston**<br>Email: rthurston@democracyforward.org<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**The American College of Physicians** | represented by | **Kimberly Ann Evans**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ananda V. Burra**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ben Seel**<br>(See above for address) |

|  |  |  |
|---|---|---|
|  |  | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robin F. Thurston**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**The Society of General Internal Medicine** | represented by | **Kimberly Ann Evans**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ananda V. Burra**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ben Seel**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robin F. Thurston**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**The American Geriatrics Society** | represented by | **Kimberly Ann Evans**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ananda V. Burra**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ben Seel**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robin F. Thurston**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**The American Society of Hematology** | represented by | **Kimberly Ann Evans**<br>(See above for address)<br>*LEAD ATTORNEY* |

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Ananda V. Burra**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ben Seel**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robin F. Thurston**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Richard G Frank** | represented by | **Christine Marie Mackintosh**<br>Grant & Eisenhofer, P.A.<br>123 Justison Street<br>Wilmington, DE 19801<br>302-622-7000<br>Fax: 302-622-7100<br>Email: cmackintosh@gelaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Fiona M. Scott Morton** | represented by | **Christine Marie Mackintosh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Aaron S. Kesselheim** | represented by | **Christine Marie Mackintosh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Gerard F. Anderson** | represented by | **Christine Marie Mackintosh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Rena M. Conti** | represented by | **Christine Marie Mackintosh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |

| | | |
|---|---|---|
| **David M Cutler** | represented by | **Christine Marie Mackintosh** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Jack Hoadley** | represented by | **Christine Marie Mackintosh** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2023 | 1 | COMPLAINT filed against Xavier Becerra, Chiquita Brooks-LaSure (Filing fee $ 402, receipt number ADEDC-4209061.) - filed by AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Civil Cover Sheet)(jfm) (Entered: 08/25/2023) |
| 08/25/2023 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (jfm) (Entered: 08/25/2023) |
| 08/25/2023 | 3 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent AstraZeneca PLC for AstraZeneca Pharmaceuticals LP filed by AstraZeneca Pharmaceuticals LP. (jfm) (Entered: 08/25/2023) |
| 08/25/2023 | 4 | Summons Issued as to Xavier Becerra and Chiquita Brooks-LaSure on 8/25/2023. (Attachments: # 1 Summons Issued Chiquita Brooks-LaSure)(jfm) (Entered: 08/25/2023) |
| 08/28/2023 | 5 | DECLARATION *of Service on Samuel R. Bagenstos* by AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A-B)(Joyce, Alexandra) (Entered: 08/28/2023) |
| 08/28/2023 | 6 | DECLARATION *of Service on Xavier Becerra* by AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A-B)(Joyce, Alexandra) (Entered: 08/28/2023) |
| 08/28/2023 | 7 | DECLARATION *of Service on Chiquita Brooks-LaSure* by AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A-B)(Joyce, Alexandra) (Entered: 08/28/2023) |
| 08/28/2023 | 8 | DECLARATION *of Service on Merrick B. Garland* by AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A-B)(Joyce, Alexandra) (Entered: 08/28/2023) |
| 08/28/2023 | 9 | DECLARATION *of Service on David C. Weiss* by AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit A-B)(Joyce, Alexandra) (Entered: 08/28/2023) |
| 08/30/2023 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 08/30/2023) |
| 08/30/2023 | 10 | MOTION for Pro Hac Vice Appearance of Attorney Catherine E. Stetson, Susan M. Cook, and Marlan Golden - filed by AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Certifications)(Silver, Daniel) (Entered: 08/30/2023) |
| 08/30/2023 | | SO ORDERED, re 10 MOTION for Pro Hac Vice Appearance of Attorney Catherine E. Stetson, Susan M. Cook, and Marlan Golden, filed by AstraZeneca Pharmaceuticals LP. Ordered by Judge Colm F. Connolly on 8/30/2023. (kmd) (Entered: 08/30/2023) |
| 08/30/2023 | | Pro Hac Vice Attorney Susan M. Cook for AstraZeneca Pharmaceuticals LP added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (smg) (Entered: 08/30/2023) |

| | | |
|---|---|---|
| 08/30/2023 | | Pro Hac Vice Attorney Marlan Golden for AstraZeneca Pharmaceuticals LP added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (smg) (Entered: 08/30/2023) |
| 08/31/2023 | 11 | STANDING ORDER REGARDING BRIEFING IN ALL CASES (nmf) (Entered: 08/31/2023) |
| 09/12/2023 | | Pro Hac Vice Attorney Catherine E. Stetson for AstraZeneca Pharmaceuticals LP added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (apk) (Entered: 09/12/2023) |
| 09/18/2023 | 12 | NOTICE of Appearance by Alexander V Sverdlov on behalf of All Defendants (Sverdlov, Alexander) (Entered: 09/18/2023) |
| 09/18/2023 | 13 | STIPULATION and [Proposed] Order Regarding Cross-Motions for Summary Judgment by AstraZeneca Pharmaceuticals LP. (Silver, Daniel) (Entered: 09/18/2023) |
| 09/19/2023 | 14 | NOTICE of Appearance by Stephen Michael Pezzi on behalf of All Defendants (Pezzi, Stephen) (Entered: 09/19/2023) |
| 09/19/2023 | 15 | SO ORDERED, re 13 STIPULATION and Order Regarding Cross-Motions for Summary Judgment by AstraZeneca Pharmaceuticals LP. filed by AstraZeneca Pharmaceuticals LP. ORDER, Setting Hearings( An Oral Argument is set for 1/31/2024 at 09:00 AM in Courtroom 4B before Judge Colm F. Connolly.) Signed by Judge Colm F. Connolly on 9/19/2023. (nmf) (Entered: 09/19/2023) |
| 09/26/2023 | 16 | AMENDED COMPLAINT against Xavier Becerra, Chiquita Brooks-LaSure- filed by AstraZeneca Pharmaceuticals LP, AstraZeneca AB. (Attachments: # 1 Certification of Counsel, # 2 Redline)(Silver, Daniel) (Entered: 09/26/2023) |
| 09/26/2023 | 17 | Amended Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent AstraZeneca PLC for AstraZeneca AB, AstraZeneca Pharmaceuticals LP filed by AstraZeneca AB, AstraZeneca Pharmaceuticals LP. (Silver, Daniel) (Entered: 09/26/2023) |
| 09/26/2023 | 18 | MOTION for Summary Judgment - filed by AstraZeneca AB, AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Text of Proposed Order)(Silver, Daniel) (Entered: 09/26/2023) |
| 09/26/2023 | 19 | OPENING BRIEF in Support re 18 MOTION for Summary Judgment filed by AstraZeneca AB, AstraZeneca Pharmaceuticals LP.Answering Brief/Response due date per Local Rules is 10/10/2023. (Attachments: # 1 Word Count Certification)(Silver, Daniel) (Entered: 09/26/2023) |
| 09/26/2023 | 20 | DECLARATION re 19 Opening Brief in Support, *of Marlan Golden* by AstraZeneca AB, AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Silver, Daniel) (Entered: 09/26/2023) |
| 11/01/2023 | 21 | Defendant's Opposition to 18 Plaintiffs' Motion for Summary Judgment *and Cross-Motion* - filed by Xavier Becerra, Chiquita Brooks-LaSure. (Attachments: # 2 Affidavit of Cheri Rice, # 3 Text of Proposed Order)(Sverdlov, Alexander) (Additional attachment(s) added on 11/7/2023: # 4 Certification of Compliance) (kmd). Modified on 11/7/2023 (kmd). (Entered: 11/01/2023) |
| 11/02/2023 | 22 | Memorandum of Law in Support of 21 Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment , Certifying compliance with font and word count requirements* by Xavier Becerra, Chiquita Brooks-LaSure. (Sverdlov, |

| | | |
|---|---|---|
| | | Alexander) (Main Document 22 replaced on 11/7/2023) (kmd). Modified on 11/7/2023 (kmd). (Entered: 11/02/2023) |
| 11/02/2023 | 23 | MOTION for Leave to permit JOHN S. SPADARO to File an Amicus Brief *MOTION OF PUBLIC CITIZEN, PATIENTS FOR AFFORDABLE DRUGS NOW, DOCTORS FOR AMERICA, PROTECT OUR CARE, AND FAMILIES USA FOR LEAVE TO FILE BRIEF OF AMICI CURIAE* - filed by Public Citizen Litigation Group, et al. (Attachments: # 1 Exhibit BRIEF OF AMICI CURIAE PUBLIC CITIZEN, PATIENTS FOR AFFORDABLE DRUGS NOW, DOCTORS FOR AMERICA, PROTECT OUR CARE, AND FAMILIES USA IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION, # 2 Text of Proposed Order [PROPOSED] ORDER)(Spadaro, John) (Entered: 11/02/2023) |
| 11/02/2023 | 24 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Public Citizen Litigation Group, et al. (Spadaro, John) (Entered: 11/02/2023) |
| 11/02/2023 | 25 | MOTION for Pro Hac Vice Appearance of Attorney Wendy Liu - filed by Public Citizen Litigation Group, et al. (Attachments: # 1 Exhibit CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE, # 2 Text of Proposed Order [PROPOSED] ORDER)(Spadaro, John) (Entered: 11/02/2023) |
| 11/02/2023 | 26 | NOTICE of Appearance by Aubrey James Morin on behalf of Stuart Altman, Robert A. Berenson, Donald Berwick, David Blumenthal, Francis J. Crosson, Paul Ginsburg, Marilyn Moon, Robert D. Reischauer, Bruce Vladeck (Morin, Aubrey) (Entered: 11/02/2023) |
| 11/02/2023 | 27 | NOTICE of Appearance by Kevin Tyler O'Connell on behalf of Stuart Altman, Robert A. Berenson, Donald Berwick, David Blumenthal, Francis J. Crosson, Paul Ginsburg, Marilyn Moon, Robert D. Reischauer, Bruce Vladeck (O'Connell, Kevin) (Entered: 11/02/2023) |
| 11/03/2023 | 28 | MOTION for Pro Hac Vice Appearance of Attorney Alyssa M. Howard, Esquire, William B. Schultz, Esquire and Margaret Dotzel, Esquire of Zuckerman Spaeder LLP - filed by Stuart Altman, Robert A. Berenson, Donald Berwick, David Blumenthal, Francis J. Crosson, Paul Ginsburg, Marilyn Moon, Robert D. Reischauer, Bruce Vladeck. (O'Connell, Kevin) (Entered: 11/03/2023) |
| 11/03/2023 | | SO ORDERED, re 25 MOTION for Pro Hac Vice Appearance of Attorney Wendy Liu, filed by Public Citizen, et al. Ordered by Judge Colm F. Connolly on 11/3/2023. (kmd) (Entered: 11/03/2023) |
| 11/03/2023 | | SO ORDERED, re 28 MOTION for Pro Hac Vice Appearance of Attorney Alyssa M. Howard, Esquire, William B. Schultz, Esquire and Margaret Dotzel, Esquire of Zuckerman Spaeder LLP, filed by Paul Ginsburg, Marilyn Moon, Stuart Altman, Francis J. Crosson, Donald Berwick, Robert D. Reischauer, Robert A. Berenson, Bruce Vladeck, David Blumenthal. Ordered by Judge Colm F. Connolly on 11/3/2023. (kmd) (Entered: 11/03/2023) |
| 11/06/2023 | 29 | NOTICE of Appearance by Cassandra Snyder on behalf of All Defendants (Snyder, Cassandra) (Entered: 11/06/2023) |
| 11/07/2023 | 30 | MOTION for Pro Hac Vice Appearance of Attorney Kelly Bagby - filed by AARP. (Whitelaw, John) Modified on 11/7/2023 (kmd). (Entered: 11/07/2023) |
| 11/07/2023 | | CORRECTING ENTRY: The document previously filed at D.I. 30 has been removed. The event code used was Amicus Curiae Appearance, however, a Motion for Pro Hac Vice of Daniel Kohrman was uploaded. Counsel shall refile the correct document with the correct code (notice of appearance or motion for pro hac vice). The Pro Hac Motion for Kelly Bagby, which was previously filed at D.I. 31, has been renumbered at D.I. 30. (kmd) (Entered: 11/07/2023) |

| | | |
|---|---|---|
| 11/07/2023 | 31 | MOTION for Pro Hac Vice Appearance of Attorney Daniel Kohrman - filed by AARP. (Whitelaw, John) (Entered: 11/07/2023) |
| 11/07/2023 | | CORRECTING ENTRY: The Certification of Compliance previously filed at D.I. 22 as been attached to D.I. 21. D.I. 22 has been replaced with the Memorandum in Support of D.I. 21. All future Motions, Briefs in Support, and Declarations should each be filed separately using the correct event codes. (kmd) (Entered: 11/07/2023) |
| 11/07/2023 | 32 | DEFICIENCY NOTICE by the Court issued to Xavier Becerra, Chiquita Broo ks-LaSure re 22 Memorandum in Support. Pursuant to the Court's Standing Order Regarding Briefing in All Cases, dated November 10, 2022, "[t]he covers of briefs filed in connection with all motions except for motions *in limine* included in a pretrial order shall be as follows: i. Opening Brief - Blue; ii. Answering Brief - Red; iii. Reply Brief - Gray." Courtesy copies of D.I. 22 are not in compliance with the Court's standing order. Please resubmit courtesy copies of your brief with the corrected covers. (kmd) (Entered: 11/07/2023) |
| 11/07/2023 | 33 | First Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by AARP. (Whitelaw, John) (Entered: 11/07/2023) |
| 11/07/2023 | 34 | Amicus Curiae APPEARANCE entered by John S. Whitelaw on behalf of AARP. (Whitelaw, John) (Entered: 11/07/2023) |
| 11/07/2023 | 35 | Second Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by AARP. (Whitelaw, John) (Entered: 11/07/2023) |
| 11/07/2023 | 36 | Third Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by AARP. (Whitelaw, John) (Entered: 11/07/2023) |
| 11/07/2023 | 37 | Fourth Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by AARP. (Whitelaw, John) (Entered: 11/07/2023) |
| 11/07/2023 | | SO ORDERED, re MOTIONS for Pro Hac Vice Appearance of Attorneys 31 Daniel Kohrman and 30 Kelly Bagby, filed by AARP. Ordered by Judge Colm F. Connolly on 11/7/2023. (kmd) (Entered: 11/07/2023) |
| 11/08/2023 | | Pro Hac Vice Attorney Daniel B. Kohrman for AARP added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 11/08/2023) |
| 11/08/2023 | 38 | MOTION for Leave to permit john whitelaw to File an Amicus Brief - filed by AARP. (Whitelaw, John) (Entered: 11/08/2023) |
| 11/08/2023 | 39 | MEMORANDUM in Support re 38 MOTION for Leave to permit john whitelaw to File an Amicus Brief filed by AARP.Answering Brief/Response due date per Local Rules is 11/22/2023. (Whitelaw, John) (Entered: 11/08/2023) |
| 11/08/2023 | 40 | OPENING BRIEF in Support re 38 MOTION for Leave to permit john whitelaw to File an Amicus Brief *Brief of Amici Supporting Defendants' Cross Motion* filed by AARP.Answering Brief/Response due date per Local Rules is 11/22/2023. (Whitelaw, John) (Entered: 11/08/2023) |
| 11/08/2023 | 41 | MOTION for Leave to permit Kimberly A. Evans to File an Amicus Brief *in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment* - filed by American Public Health Association, The American College of Physicians, The Society of General Internal Medicine, The American Geriatrics Society, The American Society of Hematology. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Certificate of Compliance)(Evans, Kimberly) (Entered: 11/08/2023) |

| | | |
|---|---|---|
| 11/08/2023 | 42 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by American Public Health Association, The American College of Physicians, The American Geriatrics Society, The American Society of Hematology, The Society of General Internal Medicine. (Evans, Kimberly) (Entered: 11/08/2023) |
| 11/08/2023 | 43 | MOTION for Pro Hac Vice Appearance of Attorney Ananda V. Burra, Robin F. Thurston, and Benjamin Seel - filed by American Public Health Association, The American College of Physicians, The American Geriatrics Society, The American Society of Hematology, The Society of General Internal Medicine. (Attachments: # 1 Certification by Counsel to be Admitted Pro Hac Vice for Ananda V. Burra, # 2 Certification by Counsel to be Admitted Pro Hac Vice for Robin F. Thurston, # 3 Certification by Counsel to be Admitted Pro Hac Vice for Benjamin Seel)(Evans, Kimberly) (Entered: 11/08/2023) |
| 11/08/2023 | | SO ORDERED, re 43 MOTION for Pro Hac Vice Appearance of Attorney Ananda V. Burra, Robin F. Thurston, and Benjamin Seel, filed by The American Society of Hematology, The American Geriatrics Society, American Public Health Association, The Society of General Internal Medicine, The American College of Physicians. Ordered by Judge Colm F. Connolly on 11/8/2023. (kmd) (Entered: 11/08/2023) |
| 11/08/2023 | | Remark re D.I. 38 MOTION for Leave to permit john whitelaw to File an Amicus Brief - filed by AARP: All motions must be accompanied by a draft order for the Court's signature that identifies with specificity the relief sought by the party. (kmd) (Entered: 11/08/2023) |
| 11/08/2023 | 44 | MOTION for Leave to File *Brief of Nationally Recognized Healthcare and Medicare Experts as Amici Curiae in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment* - filed by Stuart Altman, Robert A. Berenson, Donald Berwick, David Blumenthal, Francis J. Crosson, Paul Ginsburg, Marilyn Moon, Robert D. Reischauer, Bruce Vladeck. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Certificate of Compliance, # 4 Certificate of Compliance) (O'Connell, Kevin) (Entered: 11/08/2023) |
| 11/08/2023 | 45 | ORDER granting 41 Motion for Leave to File Amicus Brief - filed by American Public Health Association, The American College of Physicians, The Society of General Internal Medicine, The American Geriatrics Society, The American Society of Hematology. Signed by Judge Colm F. Connolly on 11/8/2023. (kmd) (Entered: 11/08/2023) |
| 11/08/2023 | 46 | ORDER granting 44 Motion for Leave to File - filed by Stuart Altman, Robert A. Berenson, Donald Berwick, David Blumenthal, Francis J. Crosson, Paul Ginsburg, Marilyn Moon, Robert D. Reischauer, Bruce Vladeck. Signed by Judge Colm F. Connolly on 11/8/2023. (kmd) (Entered: 11/08/2023) |
| 11/08/2023 | 47 | Amicus Curiae APPEARANCE entered by Christine Marie Mackintosh on behalf of Richard G Frank, Fiona M. Scott Morton, Aaron S. Kesselheim, Gerard F. Anderson, Rena M. Conti, David M Cutler, Jack Hoadley. (Mackintosh, Christine) (Entered: 11/08/2023) |
| 11/08/2023 | 48 | MOTION for Leave to permit Christine M. Mackintosh to File an Amicus Brief - filed by Gerard F. Anderson, Rena M. Conti, David M Cutler, Richard G Frank, Jack Hoadley, Aaron S. Kesselheim, Fiona M. Scott Morton. (Mackintosh, Christine) (Entered: 11/08/2023) |
| 11/08/2023 | | Remark re D.I. 48 MOTION for Leave File an Amicus Brief - filed by Gerard F. Anderson, Rena M. Conti, David M Cutler, Richard G Frank, Jack Hoadley, Aaron S. Kesselheim, Fiona M. Scott Morton. All motions must be accompanied by a draft order for the Court's signature that identifies with specificity the relief sought by the party. (kmd) (Entered: 11/08/2023) |
| 11/08/2023 | 49 | OPENING BRIEF in Support re 48 MOTION for Leave to permit Christine M. Mackintosh to File an Amicus Brief , 21 Cross MOTION for Summary Judgment *and* |

| | | |
|---|---|---|
| | | *Opposition to Plaintiffs' Motion for Summary Judgment* filed by Gerard F. Anderson, Rena M. Conti, David M Cutler, Richard G Frank, Jack Hoadley, Aaron S. Kesselheim, Fiona M. Scott Morton.Answering Brief/Response due date per Local Rules is 11/22/2023. (Mackintosh, Christine) (Entered: 11/08/2023) |
| 11/08/2023 | 50 | PROPOSED ORDER re Remark, 48 MOTION for Leave to permit Christine M. Mackintosh to File an Amicus Brief , 49 Opening Brief in Support, by Gerard F. Anderson, Rena M. Conti, David M Cutler, Richard G Frank, Jack Hoadley, Aaron S. Kesselheim, Fiona M. Scott Morton. (Mackintosh, Christine) (Entered: 11/08/2023) |
| 11/08/2023 | 51 | PROPOSED ORDER Granting Motion to file Amici Brief re 38 MOTION for Leave to permit john whitelaw to File an Amicus Brief by AARP. (Whitelaw, John) (Entered: 11/08/2023) |
| 11/09/2023 | 52 | Amici Curiae BRIEF in Support of 21 Defendants' Cross-Motion for Summary Judgment and in Opposition to 18 Plaintiffs' Motion for Summary Judgment, filed by by Stuart Altman, Robert A. Berenson, Donald Berwick, David Blumenthal, Francis J. Crosson, Paul Ginsburg, Marilyn Moon, Robert D. Reischauer, Bruce Vladeck . (Attachments: # 1 Certificate of Compliance)(O'Connell, Kevin) Modified on 11/9/2023 (kmd). (Entered: 11/09/2023) |
| 11/09/2023 | | Pro Hac Vice Attorney Kelly Bagby for AARP added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (smg) (Entered: 11/09/2023) |
| 11/13/2023 | 53 | ORDER granting 38 Motion for Leave to File Amicus Brief. Signed by Judge Colm F. Connolly on 11/13/2023. (nmf) (Entered: 11/13/2023) |
| 11/13/2023 | 54 | ORDER granting 48 Motion for Leave to File Amicus Brief. Signed by Judge Colm F. Connolly on 11/13/2023. (nmf) (Entered: 11/13/2023) |
| 11/16/2023 | | Pro Hac Vice Attorney Ananda V. Burra, Robin F. Thurston, Ben Seel for American Public Health Association, The American College of Physicians, The American Geriatrics Society, The American Society of Hematology, and The Society of General Internal Medicine added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (apk) (Entered: 11/16/2023) |
| 11/16/2023 | 55 | BRIEF OF AMICI CURIAE AARP, AARP FOUNDATION, CENTER FOR MEDICARE ADVOCACY, JUSTICE IN AGING, AND THE MEDICARE RIGHTS CENTER SUPPORTING DEFENDANTS CROSS- MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT re 21 Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment* (nmf) (Entered: 11/16/2023) |
| 11/16/2023 | 56 | BRIEF OF THE AMERICAN PUBLIC HEALTH ASSOCIATION, THE AMERICAN COLLEGE OF PHYSICIANS, THE SOCIETY OF GENERAL INTERNAL MEDICINE, THE AMERICAN GERIATRICS SOCIETY, AND THE AMERICAN SOCIETY OF HEMATOLOGY AS AMICI CURIAE IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT re 21 Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment* (nmf) (Entered: 11/16/2023) |
| 11/30/2023 | 57 | NOTICE of Appearance by Christine L. Coogle on behalf of All Defendants (Coogle, Christine) (Entered: 11/30/2023) |
| 12/01/2023 | 58 | BRIEF (Combined Answering and Reply) re 21 Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment*, 18 MOTION for Summary |

| | | |
|---|---|---|
| | | Judgment filed by AstraZeneca AB, AstraZeneca Pharmaceuticals LP.Reply Brief due date per Local Rules is 12/8/2023. (Attachments: # 1 Word Count Certification, # 2 Text of Proposed Order)(Joyce, Alexandra) (Entered: 12/01/2023) |
| 12/01/2023 | 59 | DECLARATION re 58 Brief (Combined Answering and Reply), *of Marlan Golden* by AstraZeneca AB, AstraZeneca Pharmaceuticals LP. (Attachments: # 1 Exhibit 1-15)(Joyce, Alexandra) (Entered: 12/01/2023) |
| 12/01/2023 | 60 | DECLARATION re 58 Brief (Combined Answering and Reply), *of Jim Ader* by AstraZeneca AB, AstraZeneca Pharmaceuticals LP. (Joyce, Alexandra) (Entered: 12/01/2023) |
| 01/05/2024 | 61 | REPLY BRIEF re 21 Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment* filed by Xavier Becerra, Chiquita Brooks-LaSure. (Snyder, Cassandra) (Entered: 01/05/2024) |
| 01/29/2024 | 62 | NOTICE of Appearance by Jacob Laksin on behalf of All Defendants (Laksin, Jacob) (Entered: 01/29/2024) |
| 01/29/2024 | 63 | NOTICE of Appearance by Brian David Netter on behalf of All Defendants (Netter, Brian) (Entered: 01/29/2024) |
| 01/31/2024 | | Minute Entry for proceedings held before Judge Colm F. Connolly - Oral Argument held on 1/31/2024. (Court Reporter Bonnie Archer.) (nmf) (Entered: 01/31/2024) |
| 02/01/2024 | 64 | Official Transcript of Oral Argument held on January 31, 2024 before Chief Judge Connolly. Court Reporter/Transcriber Bonnie Archer, Email: Bonnie_Archer@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 2/22/2024. Redacted Transcript Deadline set for 3/4/2024. Release of Transcript Restriction set for 5/1/2024. (nmf) (Entered: 02/01/2024) |
| 02/06/2024 | 65 | ORDER. No later than February 12, 2024, each side shall file supplemental briefing, not to exceed 2,000 words, addressing whether Plaintiffs have standing to assert Count III. (Set Deadlines: Notice of Compliance deadline set for 2/12/2024.) Signed by Judge Colm F. Connolly on 2/6/2024. (kmd) (Entered: 02/06/2024) |
| 02/12/2024 | 66 | RESPONSE to Order re 65 Order,, Set Deadlines, *(Defendants' Supplemental Response on Article III Standing)* filed by Xavier Becerra, Chiquita Brooks-LaSure. (Pezzi, Stephen) (Entered: 02/12/2024) |
| 02/12/2024 | 67 | Supplemental OPENING BRIEF in Support re 18 MOTION for Summary Judgment *and In Opposition to the Government's Motion for Summary Judgment* filed by AstraZeneca AB, AstraZeneca Pharmaceuticals LP.Answering Brief/Response due date per Local Rules is 2/26/2024. (Attachments: # 1 Word Count Certification)(Silver, Daniel) (Entered: 02/12/2024) |
| 02/29/2024 | 68 | ORDER granting 23 Motion for Leave to File Amicus Brief. Signed by Judge Colm F. Connolly on 2/29/2024. (nmf) (Entered: 03/01/2024) |
| 02/29/2024 | 69 | BRIEF OF AMICI CURIAE PUBLIC CITIZEN, PATIENTS FOR AFFORDABLE DRUGS NOW, DOCTORS FOR AMERICA, PROTECT OUR CARE, AND FAMILIES USA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION(nmf) (Entered: 03/01/2024) |
| 03/01/2024 | 70 | MEMORANDUM OPINION Signed by Judge Colm F. Connolly on 3/1/2024. (nmf) (Entered: 03/01/2024) |

| | | |
|---|---|---|
| 03/01/2024 | 71 | ORDER DENYING 18 Plaintiffs' Motion for Summary Judgment; GRANTING 21 Defendants' Cross-Motion for Summary Judgment. Signed by Judge Colm F. Connolly on 3/1/2024. (nmf) (Entered: 03/01/2024) |
| 03/01/2024 | 72 | JUDGMENT in favor of Chiquita Brooks-LaSure, Xavier Becerra against AstraZeneca AB, AstraZeneca Pharmaceuticals LP (CASE CLOSED) Signed by Judge Colm F. Connolly on 3/1/2024. (nmf) (Entered: 03/01/2024) |
| 04/29/2024 | 73 | NOTICE OF APPEAL of 70 Memorandum Opinion, 72 Judgment, 71 Order on Motion for Summary Judgment, . Appeal filed by AstraZeneca AB, AstraZeneca Pharmaceuticals LP. (Silver, Daniel) (Entered: 04/29/2024) |
| 04/29/2024 | | APPEAL - Credit Card Payment received re 73 Notice of Appeal (Third Circuit) filed by AstraZeneca Pharmaceuticals LP, AstraZeneca AB. ( Filing fee $605, receipt number ADEDC-4395418.) (Silver, Daniel) (Entered: 04/29/2024) |
| 05/02/2024 | 74 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 73 Notice of Appeal (Third Circuit) filed by AstraZeneca Pharmaceuticals LP, AstraZeneca AB. USCA Case Number 24-1819. USCA Case Manager: Alicia (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (ca3amr) (Entered: 05/02/2024) |

# CERTIFICATE OF SERVICE

I certify that the foregoing Addendum to Appendix was filed with the Clerk using the appellate CM/ECF system on July 17, 2024. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system. I also hereby certify that pursuant to Third Circuit Local Appellate Rule 30.1, four paper copies of the foregoing Addendum to Appendix were sent on today's date via overnight Federal Express to the Clerk of this Court.

July 17, 2024

/s/ Catherine E. Stetson
Catherine E. Stetson
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
cate.stetson@hoganlovells.com

*Counsel for Plaintiffs-Appellants*