UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-144

Nos. 24-1820 & 24-1821

Bristol Myers Squibb Co,
                        Appellant

v.

Secretary United States Department of Health and Human Services;
Administrator Centers for Medicare Medicaid Services;
United States Department of Health and Human Services;
Centers for Medicare Medicaid Services; Ananda v. Burra

(D.N.J. No. 3-23-cv-03335)

Janssen Pharmaceuticals, Inc.,
                        Appellant

v.

Secretary United States Department of Health and Human Services;
Administrator Centers for Medicare Medicaid Services;
United States Department of Health and Human Services;
Centers for Medicare Medicaid Services; Ananda v. Burra

(D.N.J. No. 3-23-cv-03818)

Present: MONTGOMERY-REEVES, Circuit Judge

1. Motion by the Manhattan Institute to Proceed as Amicus Curiae in support of Appellant.

                                                Respectfully,
                                                Clerk/amr

_____ORDER_____
The foregoing motion to proceed as amicus curiae in support of appellant is GRANTED.

                                            By the Court,

                                            <u>s/ Tamika R. Montgomery-Reeves</u>
                                            Circuit Judge

Dated: August 12, 2024
Amr/cc: All counsel of record