# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS, LP, *ET AL.*, <br>     *Plaintiffs-Appellants*, <br><br> v. <br><br> XAVIER BECERRA, *ET AL.*, <br>     *Defendants-Appellees*. | No. 24-1819 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Claire Adkins Rhodes, of Hogan Lovells US LLP, hereby withdraws her appearance as counsel for Appellants AstraZeneca Pharmaceuticals LP and AstraZeneca AB ("AstraZeneca"). Attorneys from the law firm of Hogan Lovells US LLP will continue to represent AstraZeneca in this matter.

September 17, 2024                  Respectfully submitted,

                                        */s/ Claire Adkins Rhodes*
                                        Claire Adkins Rhodes
                                        HOGAN LOVELLS US LLP
                                        555 Thirteenth Street, N.W.
                                        Washington, D.C. 20004
                                        (202) 637-5600
                                        claire.rhodes@hoganlovells.com

                                        *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Claire Adkins Rhodes*
Claire Adkins Rhodes